JUANITA GELLY, Respondent, v. ANNA KALAMON and Others, Defendants. EMIL J. SONDERLICK, Appellant.— Order denying motion to vacate an order

appointing a receiver of real property affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.